# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D17-264

———————————————————

RONALD D. HARDEE,

   Appellant,

   v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

   Appellee.

———————————————————


On appeal from the Circuit Court for Calhoun County.
Shonna Young Gay, Judge.

May 9, 2018

PER CURIAM.

   AFFIRMED.

ROBERTS, ROWE, and WINOKUR, JJ., concur.

———————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————————

Ronald D. Hardee, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Mark Hiers and Rana Wallace, Assistant General Counsels, Florida Commission on Offender Review, Tallahassee, for Appellee.